**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,
         Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,
         Defendant.

___

**MINUTE ORDER**

___

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

     Plaintiff's Unopposed Motion for Leave to File Third Amended Complaint (Doc 17 - filed November 15, 2005) is **GRANTED**.  The tendered Third Amended Complaint is accepted for filing.

Dated: November 16, 2005

___