IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,

    Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Second and Unopposed Motion to Amend Scheduling Order (*doc. no.* ) is **GRANTED**. The scheduling order is hereby modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **March 15, 2007** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **April 16, 2007** |
| Discovery deadline | **May 30, 2007** |
| Dispositive motion deadline | **July 2, 2007** |

**DATED:**    February 12, 2007