**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-00089-LTB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: May 10, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JOSE G. TRUJILLO,   Cassie L. Coleman

   **Plaintiff,**

   v.

DENVER ZOOLOGICAL FOUNDATION, INC.,   Bruce C. Anderson

   **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:     1:28 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:   Plaintiff's Motion to Endorse Expert and Amend Scheduling Order [filed April 13, 2007; doc. 44] is granted.  Plaintiff shall designate his expert statistical witness by May 30, 2007, and defendant may designate a rebuttal witness by June 30, 2007.  Discovery is extended for this limited purpose until July 15, 2007, and the dispositive motions deadline is extended to July 31, 2007.**

HEARING CONCLUDED.

**Court in Recess:     1:35 p.m.**
Total In-Court Time:     00:07