IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,

    Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,

    Defendant.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Attend Settlement Conference by Telephone (*doc. no. 54)* is **GRANTED**.  Ms. Grinnell is instructed to provide counsel with the proper contact information so she can be reached, as needed, during the settlement conference.

**DATED:**    May 31, 2007