**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,
        Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,
        Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Plaintiff has filed a Motion for Leave to File Sur-Reply to Defendant's Motion for Summary Judgment (Doc 76 - filed September 12, 2007).  Defendant has **up to and including September 24, 2007** to file a response.

Dated: September 13, 2007