**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,

        Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,

        Defendant.
_____

**ORDER**
_____


      Upon Defendant's Response to Plaintiff's Motion for Leave to File Sur-Reply to

Defendant's Motion for Summary Judgment (Doc 81), it is

      ORDERED that Plaintiff's Motion to File Sur-Reply (Doc 76) is DENIED.


                      BY THE COURT:


                      ___s/Lewis T. Babcock_____
                      Lewis T. Babcock, Judge

DATED:   September 21, 2007