## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-00089-LTB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: October 2, 2007** | **Courtroom Deputy:** Ben Van Dyke |

JOSE G. TRUJILLO,  James F. Fosnaught
 Anna Itenberg

    **Plaintiff,**

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,  Bruce C. Anderson

    **Defendant.**

___

### COURTROOM MINUTES/MINUTE ORDER
___

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 8:30 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** Plaintiff's Motion to Strike [filed August 3, 2007; doc. 66] is granted for the reasons stated on the record.

**ORDERED:** Plaintiff's Motion for Leave to Conduct Additional Depositions and Amend the Scheduling Order [filed September 12, 2007; doc. 77] is denied for the reasons stated on the record.

**ORDERED:** The parties shall submit a revised Final Pretrial Order by October 22, 2007.

HEARING CONCLUDED.
**Court in Recess:** 9:05 a.m.
Total In-Court Time: 00:35