**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  05-cv-00089-LTB-CBS

JOSE G. TRUJILLO,

       Plaintiff,

v.

DENVER ZOOLOGICAL FOUNDATION, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Plaintiff's Motion for Leave to File Reply to Plaintiff's Motion for Remand (Doc 93 - filed October 29, 2007) is **GRANTED**.  Plaintiff's Reply is due **on or before November 5, 2007**.

Dated: October 30, 2007
_____